## Harold A. Fein, Appellee, v. Taylor Washing Machine Company, Appellant.

Gen. No. 41,050.

opinion filed June 26, 1940. Kamfner & Halligan and Louis J. Victor, for appellant; Edwin A. Halligan° and Samuel M. Lanoff, of counsel; Harold A. Fein, *pro se;* Edward S. Altersohn, of counsel. Opinion by PRESIDING JUSTICE FRIEND. ''Not to be published in full.''